**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:22-cr-00012 |
| | ) | Judge Trauger |
| | ) | |
| DANA HUDDLESTON, JR. | ) | |

## ORDER

An evidentiary hearing was held on April 25, 2022 pursuant to 18 U.S.C. § 4241(c) in order to determine the defendant's competency to stand trial. For the reasons expressed on the record at the close of the hearing, the court hereby finds by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and to assist properly in his defense. 18 U.S.C. § 4242(d). The court further finds that there is not a substantial probability that, in the foreseeable future, he will attain the capacity to permit the trial to proceed. 18 U.S.C. § 4242(d)(1). The defendant has already attended competency restoration treatment at the Federal Medical Center at Butner, North Carolina and it has not rendered him competent to stand trial.

The defendant shall remain in custody pending further proceedings.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge